Matter of Wyszynski (2026 NY Slip Op 01910)

Matter of Wyszynski

2026 NY Slip Op 01910

Decided on March 27, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to
revision before publication in the Official Reports.

Decided on March 27, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, AND DELCONTE, JJ. (Filed
Mar. 24, 2026.) 

&em;

[*1]MATTER OF MICHAEL RICHARD WYSZYNSKI, AN
ATTORNEY, RESIGNOR.

MEMORANDUM AND ORDERApplication to resign for
non-disciplinary reasons accepted and name removed from roll of attorneys.